IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MIDSHIP PIPELINE COMPANY, LLC,** § § § § | |
| *Plaintiff,* § | Case Number: 6:18-cv-302-RAW |
| § | |
| vs. § | |
| § | |
| **TRACT NO. BR-0860.000, 2.331 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT (PIPELINE RIGHT-OF-WAY), IN BRYAN COUNTY, OKLAHOMA,** *et al*, § § § § § § § § | Judge Ronald A. White |
| *Defendants.* § | |

## ORDER ADOPTING COMMISSIONERS' REPORT AND AWARDING JUST COMPENSATION

AND NOW, this 28th day of July, 2025, after careful review of the Commission's Report and Recommendations ("Report") (Doc. 959) regarding just compensation due to the defendant landowners, including any heirs, successors and assigns of the named defendants, and any unknown owners of the below-named tracts, for the extension for two years of the term of temporary easements condemned by Midship Pipeline Company, LLC in its Fifth Amended Verified Complaint for Condemnation), the Court hereby grants the Motion to Adopt Commissioners' Recommendations (Doc. 960) and Orders as follows:

1. The Court adopts the findings of the Commission in full, except as otherwise noted below, and awards the amounts listed in the Exhibit 1 hereto plus any interest accrued on the amount of the award in the interest-bearing account of the Clerk of Court. Per the

Commission's findings, awards of just compensation are in satisfaction of all claims of damage asserted or which could have been asserted by all defendants with regard to the specific tracts in this matter as a result of extension of the term of the temporary workspace and access easements by Midship.

2. The Court FURTHER ORDERS Midship to prepare in accordance with this Order and submit to the Court separate Judgments for each property listed on the Exhibit A hereto for entry.

3. Upon entry of the Judgments, each Landowner shall be entitled to draw from the funds deposited by Midship with the Clerk of Court in the interest-bearing account for its ownership share of the amount of the awarded just compensation plus any interest accrued on the amount of the award in the interest-bearing account of the Clerk of Court for the temporary easements which burden lands in which such Landowner owns or claims an interest. If multiple persons claim an interest in any of the lands burdened by any Easement taken, each Landowner claiming an interest may withdraw its proportionate share of the funds identified for that Easement and attributable to its claimed interest. If there is a dispute as to any Landowner's entitlement to funds identified for a specific Easement, the Court will—upon written request by the affected party—determine each Landowner's entitlement to such funds.

4. Withdrawal of funds pursuant to this Order shall be conditioned upon submission to the Clerk of Court of a signed IRS W-9 form by landowners – judgment creditors.

IT IS SO ORDERED this 28th day of July, 2025.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Tract(s) No(s). | Remaining Defendant(s) Landowner(s) | Amount of Just Compensation Awarded |
|---|---|---|
| BR-0860.000 | Larry Hughes and Jerry Hughes | $2,314.00 |
| BR-0903.000 | Kasidy Niegal Lester and Daniel Floyd Miller | $2,812.00 |
| BR-0903.500 | Tanner Blane Richardson | $27.00 |
| BR-0904.000 | Kalan Craig Richardson | $1,394.00 |
| BR-0905.000 | Torrey McGraw Lester and Tera Michelle Lester | $1,668.00 |
| BR-0907.000 and BR-0909.000 | Billy Miller | $3,758.00 |
| BR-0994.000, BR-0995.000 and BR-0996.000 | Henderson G. Anderson and Sherron Katherine Anderson, Co-Trustees of the Anderson Family Revocable Trust under written agreement dated January 21, 2009 | $4,757.00 |
| BR-1000.000 and BR-1001.000 | Nolen G. Grounds and Jackie M. Grounds, *et al* | $815.00 |
| BR-1002.000 | The William T Cooley and Frances L. Cooley Survivors Trust, Frances L. Cooley Trustee; Billy Gene Risner; Franklin James Risner; David Alan Risner; Michelle Berdahl; Charleen Hunter; The Unknown Heirs of Franklin | $3,177.00 |

|  | Delano Risener; The Unknown Heirs of Jack Wesley Risener; The Unknown Heirs of George Gunter Risener; The Unknown Heirs of Billie Gene Risener, *et al.* |  |
|---|---|---|
| CR-0499.000 | The Unknown Heirs of Clara R. Pettis (Pettus), deceased, The Unknown Heirs of Buel Pettus, Sr., deceased, *et al.* | $1,838.00 |
| CR-0626.000 | Larry D. Smith and Barbara J. Smith | $1,925.00 |
| CR-0627.000, CR-0628.000 and CR-0629.000 | Casey B. Smith and Kristy J. Smith | $2,530.00 |
| JO-0753.000 | Raymond A. Hulsey; Ranada D. Hulsey | $776.00 |
| JO-0819.000 | Ralph D. Ragan | $1,734.00 |